| Attorney or Party without Attorney: <br> Roger M. Adelman, Esq. <br> Law Offices of Roger M. Adelman <br> 1100 Connecticut Avenue N W, # 730 <br> Washington, DC 20036 <br> Telephone No: 202-822-0600   FAX No: 202-822-6722 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - District of Columbia | | | | |
| Plaintiff: Jonathan Glaubach, et al. | | | | |
| Defendant: Carlyle Capital Corporation Limited, et al. | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 11CV01523 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice of Designation of Related Civil Cases Pending in this or any other US Court; Certificate Rule LCvR 7.1; Initial Electronic Case Filing Order; Consent to Proceed Before a U S Magistrate Judge for All Purposes; Notice of Right to Consent to Trial Before a U S Magistrate Judge

3. a. Party served:   Carlyle Investment Management, LLC
   b. Person served:   Joanne Cosiol, Vice President / Corporate Counsel

4. Address where the party was served:   1001 Pennsylvania Avenue N W
   Washington, DC 20004

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 09, 2011 (2) at: 1:59PM

7. Person Who Served Papers:
   a. Andres Virgen
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of WASHINGTON, DC that the foregoing is true and correct.

   09-22-11 (Date)   (Signature)

8. STATE OF WASHINGTON, DC, ~~COUNTY OF~~
   Subscribed and sworn to (or affirmed) before me on this 22 day of Sept 2011 by Andres Virgen proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE
   Summons / Complaint

   (Notary Signature)
   Michael Molash
   Notary Public, District of Columbia
   My Commission Expires 7/14/2012

   roade.123036